UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-210 |
| | ) | |
| | ) | JUDGE HOLMES |
| NATHAN LUAL | ) | |

## UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Thomas J. Jaworski, Acting United States Attorney, and Joseph P. Montminy, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C). For cause, the United States submits that the Defendant is charged in the Indictment with a narcotics offense for which a maximum term of imprisonment of ten years or more is prescribed as well as possessing a firearm in furtherance of a drug trafficking crime. As such, since these offenses are enumerated under § 3142(f)(1), there is no question that the Government is entitled to a detention hearing on this matter.

Additionally, the United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(A) & (B) – a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter.

The anticipated testimony at a detention hearing is as follows: On February 14, 2024, Metro Nashville Police Department detectives observed LUAL driving a stolen car. LUAL drove to a park and exited the stolen car. Detectives arrested LUAL, who was in possession of a loaded gun.

A search of the stolen car revealed over 16 grams of fentanyl and two scales. LUAL had been convicted of a felony offense prior to this incident date.

The United States also respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By:   /s/ Joseph P. Montmniny
JOSEPH P. MONTMINY
Assistant U.S. Attorney
110 9th Avenue South
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically and by hand to Dumaka Shabazz counsel for defendant via CM/ECF on the 18th day of December, 2024.

/s/ Joseph P. Montminy
JOSEPH P. MONTMINY